■ JULIO PAULINO, Respondent, v CAFÉ BILLIARDS et al., Appellants. [879 NYS2d 713]—Order, Supreme Court, Bronx County (Lucindo Suarez, J.), entered June 23, 2008, which denied defendants' motion to vacate a default judgment, same court and Justice, entered December 3, 2007; order, same court (Alison Y. Tuitt, J.), entered March 2, 2007, granting plaintiff's motion to strike defendants' answer; and order, same court and Justice, entered October 24, 2008, which, to the extent appealable, denied defendants' motion to renew their motion to vacate, unanimously affirmed, without costs.

Defendants failed to demonstrate a reasonable excuse for their repeated defaults or a meritorious defense to the cause of action (*see JP Morgan Chase Bank, N.A. v Bruno*, 57 AD3d 362 [2008]; *Slimani v Citibank, N.A.*, 47 AD3d 489 [2008]; *cf. Small v Applebaum*, 79 AD2d 572 [1980], *appeal dismissed* 53 NY2d 839 [1981]; *see also* CPLR 2221 [e] [3]; *Zelouf v Republic Natl. Bank of N.Y.*, 225 AD3d 419 [1996]). Concur—Mazzarelli, J.P., Sweeny, DeGrasse, Freedman and Abdus-Salaam, JJ.